UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                            Case No.  1:15-pt-18

v.

                                            HON. JANET T. NEFF

SANTANA ROMERO DOTTERY,

    Defendant.
_____/

## **ORDER**

Pending before the Court is Defendant's *pro se* Motion to Terminate Defendant's Supervised Release Term (Dkt 5), seeking early termination of his supervised release.  The Court will require the government to consult with Defendant's probation officer and file a response to the Motion.  Therefore,

**IT IS HEREBY ORDERED** that the government shall consult with Defendant's probation officer and file a Response to the Motion no later than **March 23, 2017**.


Dated: March 2, 2017                                   /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                        United States District Judge