UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTANA ROMERO DOTTERY,

    Defendant.
_____/

Case No. 1:15-pt-18

HON. JANET T. NEFF

## **ORDER**

Pending before the Court is Defendant's *pro se* Motion to Terminate Defendant's Supervised Release Term (Dkt 5), seeking early termination of his supervised release. The government has filed a Response indicating that it does not oppose early termination (Dkt 8). The Court having reviewed the parties' motion papers, and pursuant to 18 U.S.C. § 3583(e)(1):

**IT IS HEREBY ORDERED** that Defendant's Motion to Terminate Defendant's Supervised Release Term (Dkt 5) is GRANTED.

**IT IS FURTHER ORDERED** that Defendant be discharged from supervision, and that the proceedings in this case be terminated.

Dated: March 23, 2017

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge